[No. 54795-0-I.   Division One.   October 10, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON MILLS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 03-1-02016-4, Michael Heavey, J., entered August 19, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 55108-6-I.   Division One.   October 10, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. GORDON LEE JONES, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 03-1-02910-2, George T. Mattson, J., entered October 18, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 55174-4-I.   Division One.   October 10, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. KRISTOPHER ALLEN AYSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-1-03329-9, Douglass A. North, J., entered October 18, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 55400-0-I.   Division One.   October 10, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. T.D., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-8-02696-4, Julia L. Garrett, J. Pro Tem., entered November 24, 2004. *Affirmed* by unpublished per curiam opinion.